UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTISTS RIGHTS ENFORCEMENT CORP.,

    Plaintiff,

– against –

THE ESTATE OF JOSEPH ROBINSON, JR., LELAND ROBINSON, SUGARHILL MUSIC PUBLISHING, INC., and SUGAR HILL RECORDS, INC.,

    Defendants.

**ORDER**

15 Civ. 9878 (ER)

Ramos, D.J.:

The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated: April 6, 2020
       New York, New York

                                        Edgardo Ramos, U.S.D.J.