taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  **taylorenglish.com**

Gerald B. Kline
Direct: 678-336-7176
Email: gkline@taylorenglish.com

June 15, 2021

*Via ECF Filing:*
Honorable Edgardo Ramos
United States District Judge
United States District Court for the
   Southern District of New York
40 Foley Square
New York, NY  10007-1502

**MEMO ENDORSED**

    Re:  **Artists Rights Enforcement Corp. v. The Estate of Joseph Robinson, Jr. et al; 15 Civ. 9878 (ER);**

<u>**Joint Application for Temporary Suspension of Case Discovery Plan and Scheduling Order Pending Mediation**</u>

Dear Judge Ramos:

    Eric Roman (of Arent Fox LLP) represents the Plaintiff ("AREC") in the above-captioned civil case; and I (of Taylor English Duma LLP) represent the Defendants ("Sugar Hill").  Pursuant to Local Rules 5.2(b) and 7.1(d) of the United States District Court for the Southern District of New York (the "Local Rules") and for the reasons advanced below, the parties through counsel hereby jointly apply for an order that temporary suspends the Case Discovery Plan and Scheduling Order entered on April 29, 2021 (the "Order").

    During the judicial status conference on April 14th, Mr. Roman and I stated that the parties have agreed to mediate their disputes in this civil proceeding and in the concurrent one filed in the Supreme Court of the State of New York/County of New York.  Since then, counsel have agreed to informally exchange documents that will aid the mediation process.  To reduce legal fees, Sugar Hill is also proposing that the parties jointly engage a forensic accountant who is experienced in entertainment industry royalty disputes, to review relevant accounting records and render certain findings that could aid the mediation process and benefit the mediator.  Thus, no formal civil discovery requests have been served to date per the Order.

    Also, the Taylor English Duma attorney who is Sugar Hill's relationship and originating partner has announced he is moving his practice along with several other entertainment attorneys to a multi-city law firm that has a New York office.  That partner will be taking these Sugar Hill suits with him and assigning them to a litigator in his new firm, to be followed by substitution of counsel herein, just as Mr. Charap transitioned from the Akerman firm to the Arent Fox firm earlier this year, bringing AREC's litigation with him.

02059395-1

taylor | english

Honorable Edgardo Ramos
June 15, 2021
Page 2

Given the foregoing activities and developments, we jointly request that the Court enter an order *nunc pro tunc* to the 15th day of September, 2021 that: (i) stays the time milestones and pretrial activities enumerated in the Order pending mediation; (ii) schedules a conference on July 31, 2021 wherein counsel shall report on the status of the case, including mediation and substitution of counsel; and (iii) makes such further and other orders with respect to the Case Discovery Plan and Scheduling Order as the Court deems necessary and proper for the management of this proceeding.

We thank the Court for its consideration of this Joint Application.

Respectfully,

s/ *Gerald B. Kline*

Gerald B. Kline
Counsel for Defendants
TAYLOR ENGLISH DUMA LLP

s/ *Eric Roman*

Eric Roman, Esq.
Counsel for Plaintiff
Arent Fox LLP | Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019-6040
(D) 212.492.3283; (M) 347.501.2569
eric.roman@arentfox.com

---

Discovery is hereby stayed. A status conference will be held on August 6, 2021 at 3:30 pm by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __6/17/2021_____
New York, New York

02059395-1