UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTISTS RIGHTS ENFORCEMENT CORP.,

                Plaintiff,

– against –

THE ESTATE OF JOSEPH ROBINSON, JR., LELAND ROBINSON, SUGARHILL MUSIC PUBLISHING, INC. *also known as* SUGAR HILL MUSIC PUBLISHING, INC., and SUGAR HILL RECORDS, INC.,

                Defendants.

**ORDER**

15 Civ. 9878 (ER)

Ramos, D.J.:

    The Court held a Case Management Conference on April 15, 2022. The Court directed the parties to submit a status report upon the completion of mediation. The parties are directed to submit a joint status letter by October 22, 2022, and they are further instructed to propose a date for a status conference if mediation was unsuccessful.

It is SO ORDERED.

Dated:   October 18, 2022
             New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.